UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 FEB 22  A 8: 39

U.S. DISTRICT COURT
NEW HAVEN, CT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. ROBERT BOTTONE, M.D., | : | |
| | : | CIVIL NO. 3:02CV1527(JBA) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| YALE-NEW HAVEN HOSPITAL, INC.,<br>YALE-NEW HAVEN HEALTH SERVICES<br>CORPORATION, and QUINNIPIAC<br>MEDICAL, P.C., | :<br>:<br>: | |
| Defendants. | : | |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims

Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The First Amended Complaint be unsealed and served upon the defendants by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made

public or served upon the defendants, except for this Order and the Government's Notice of Election

to Decline Intervention, which the relator will serve upon the defendants only after service of the

First Amended Complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this

Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting

memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States

may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. All orders of this Court shall be sent to the United States; and

6. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

SO ORDERED this _18th_ day of _February_, 2005, in New Haven, Connecticut.

HONORABLE JANET BOND ARTERTON
UNITED STATES DISTRICT JUDGE