UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

x--------------------------------------------------------x

United States *ex rel.* Robert Bottone

                        Plaintiffs,

                        CIVIL ACTION 3:02CV1527(JBA)

    vs.

                        **FILED *IN CAMERA* AND UNDER SEAL**

Yale-New Haven Hospital, Inc.,
Yale-New Haven Health Services Corporation,
Quinnipiac Medical, P.C.
                      Defendants.

x--------------------------------------------------------x

## NOTICE OF DISMISSAL OF ACTION

Relator, Robert Bottone, through his attorney, Harold R. Burke, and pursuant to Fed. R. Civ. P. 41(a), hereby gives notice that he is voluntarily dismissing this action without prejudice. The United States Government concurs with this dismissal.

April 20, 2005                                        Casper & de Toledo LLC

                                                       By:_____
                                                          Harold R. Burke
                                                         Attorneys for Robert Bottone, M.D.
                                                          1458 Bedford Street
                                                          Stamford, Connecticut 06905
                                                          tele: (203) 325-8600
                                                          fax:  (203) 323-5970
                                                          e-mail: hburke@cadetlaw.com

## CERTIFICATION OF SERVICE

    I certify that a true and correct copy of the foregoing was served by first class mail, this 20th day of April, 2005 on:

> William A. Collier
> Assistant U.S. Attorney
> 450 Main Street, Room 328
> Hartford, CT 06103

                                                                             _____
                                                                               Harold R. Burke